USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2023

# MEMORANDUM ENDORSED



1345 AVENUE OF THE AMERICAS – 11ᵀᴴ FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-788
www.egsllp.com

June 20, 2023

***Via ECF***
Honorable District Judge Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    ***Pike v. City of New York et al.* 23CV00966 (GHW)**
            <u>**REFERRAL TO MEDIATION**</u>

Dear Judge Woods,

    The parties jointly submit this letter pursuant to your Order of February 24 2023, wherein you required the parties to meet and confer for at least one hour in a good-faith attempt to settle this case. Plaintiff's counsel and counsel for the City of New York met and conferred on May 26, 2023 (prior to when the Hornblower defendants appeared in the case). Subsequently all of the parties had a discussion last Friday, June 16, 2023. On behalf of our respective clients, the parties have agreed that further settlement discussions through the District's court-annexed mediation program would be helpful. We therefor request that this case be referred to mediation and the Court stay all deadlines and adjourn the IPTC for sixty days or until the parties notify the Court that settlement efforts have failed, whichever is earlier.

            Respectfully submitted,

            /s/ Jennifer M. Schmalz

            ELLENOFF GROSSMAN & SCHOLE LLP

Cc:    Bradly G. Marks, Esq. via brad@markslawpc.com
        Darryn G. Solotoff, Esq. via ds@lawsolo.net
        Bolam Kim, Esq. via  BKim@wshblaw.com

> The parties' June 20, 2023 request to adjourn the initial pretrial conference, Dkt. No. 8, is granted.  The initial pretrial conference scheduled for June 30, 2023 is adjourned to August 21, 2023 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's February 24, 2023 order are due no later than August 14, 2023.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

{01256395.DOCX.1}

SO ORDERED.
Dated: June 20, 2023
New York, New York

            GREGORY H. WOODS
            United States District Judge