USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023

**Ellenoff Grossman & Schole LLP**

**EGS**

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-788
www.egsllp.com

August 13, 2023

<u>Via ECF</u>
Honorable District Judge Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  ***Pike v. City of New York et al.*** **23CV00966 (GHW)**
<u>**REQUEST FOR ADJOURNMENT OF INITIAL PRE-TRIAL CONFERENCE**</u>

Dear Judge Woods,

In accordance with Your Honor's Individual Practice Rules, please accept this letter as a request to adjourn the initial pre-trial conference scheduled for Monday August 21, 2023 at 2pm. This is the first request for an adjournment. The request is being made to attend to a family health-related matter.

All counsel are available to reschedule the conference on August 24th, September 27th or September 28th.

The first mediation conference in this case has been scheduled for September 22, 2023 at 10am.

Plaintiff's counsel and counsel for the City of New York consent to the relief requested herein.

Respectfully submitted,

*Jennifer Schmalz*

---

The parties' August 13, 2023 request to adjourn the initial pretrial conference, Dkt. No. 29, is granted. The initial pretrial conference scheduled for August 21, 2023 is adjourned to September 28, 2023 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's February 24, 2023 order are due no later than September 21, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

SO ORDERED.

Dated:  August 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge