ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212)370-1300 (telephone)
(212)370-7889 (facsimile)
*Attorneys for the Hornblower Defendants*
UNITED STATES DISTRICT COURT
SOUTHERN OF NEW YORK

| MATTHEW PIKE,<br>Plaintiff,<br>v.<br>THE CITY OF NEW YORK, HORNBLOWER CRUISES AND EVENTS, LLC HORNBLOWER METRO FERRY, LLC AND HORNBLOWER NEW YORK, LLC,<br>Defendants. | Case No.: 23-CV-00966(GHW)(BCM) |
|---|---|

**NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY FOR HORNBLOWER HOLDINGS LLC, *ET AL.*, AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that on **February 21, 2024**, Hornblower Holdings LLC and certain of its direct and indirect subsidiaries, including HORNBLOWER CRUISES AND EVENTS, LLC HORNBLOWER METRO FERRY, LLC AND HORNBLOWER NEW YORK, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are being jointly administered under the lead case *In re Hornblower Holdings LLC*, *et al.*, Case No. 24-90061(MI) (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of Debtor HORNBLOWER CRUISES AND EVENTS, LLC HORNBLOWER METRO FERRY, LLC AND HORNBLOWER NEW YORK, LLC is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay,

applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[1] No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' Chapter 11 Cases may be obtained by (a) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' claims and noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Hornblower, (b) visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein, or (c) contacting the following proposed counsel for the Debtors: John F. Higgins, M. Shane Johnson, and Megan Young-John, Porter Hedges LLP, 1000 Main St., 36th Floor, Houston, Texas 77002, Telephone: (713) 226-6000; and Paul M. Basta, Jacob A. Adlerstein, Kyle J. Kimpler, and Sarah Harnett, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Telephone: (212) 373-3000.

---

[1] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

April 11, 2024

Respectfully submitted,

By: ELLENOFF GROSSMAN & SCHOLE LLP

Jennifer Schmalz
Jennifer Schmalz
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212) 370-1300 (Tel.)
(212) 370-7889 (Facsimile)
*Attorneys for Defendants Hornblower Cruises and Events, LLC, Hornblower Metro Ferry, LLC and Hornblower New York, LLC*

It has been reported to the Court that Defendants Hornblower Cruises and Events, LLC, Hornblower Metro Ferry, LLC and Hornblower New York, LLC (together, the "Hornblower Defendants") have filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. ECF No. 39. Accordingly, and given Plaintiff's lack of opposition, this case is STAYED only with respect to the Hornblower Defendants pending further order of this Court. *See* 11 U.S.C. § 362. The parties shall promptly (within seven days) inform the Court upon the completion of bankruptcy proceedings.

The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: April 17, 2024
New York, New York