UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW PIKE,<br><br>      Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>      Defendants. | 23-CV-966 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Because this case is stayed with respect to all Defendants, *see* ECF Nos. 40, 42, the case management conference scheduled for May 16, 2024, *see* ECF No. 38, is ADJOURNED *sine die*. The parties shall promptly (within seven days) inform the Court upon the completion of bankruptcy proceedings. *See* ECF No. 40.

Dated: May 10, 2024

   New York, New York

                        SO ORDERED.

                        *Jessica Clarke*
                        _____
                        JESSICA G. L. CLARKE
                        United States District Judge