UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW PIKE,<br>Plaintiff,<br>-against-<br>CITY OF NEW YORK, et al.,<br>Defendants. | 23-CV-966 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

By October 20, 2026, counsel for parties shall provide a status update regarding the bankruptcy proceedings and whether this case should remain stayed.

Dated: October 1, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge